No. 799. PHILADELPHIA INQUIRER Co. *v.* COE, COMMISSIONER OF PATENTS. April 19, 1943. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia denied. MR. JUSTICE RUTLEDGE took no part in the consideration or decision of this application. *Mr. Frank E. Scrivener* for petitioner. *Solicitor General Fahy, Assistant Attorney General Shea,* and *Messrs. Valentine Brookes* and *Leon Frechtel* for respondent.